# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JESSICA ARCEMENT, LAUREN
CHAGNARD, AND AMANDA CONRAD

NO. 2019 CW 0699

VERSUS

BLUE BAYOU WATERPARK, LLC
AND DIXIE LANDIN', LLC

OCT 2 8 2019

In Re:    Jessica Arcement, Lauren Chagnard, and Amanda Conrad,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 648978.

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply
with Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of
Appeal, as it does not include a signed judgment. However,
relators may file a new writ application within the applicable
time delays. See La. Code Civ. P. art. 1914(B); Rule 4-3 of the
Uniform Rules of Louisiana Courts of Appeal.

**AHP**
**WIL**

**Higginbotham, J.,** would deny the writ. The criteria set
forth in **Herlitz Construction Company, Inc. v. Hotel Investors
of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not
met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT